**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01122-CR

**PATRICK M. MOSES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F11-62662-K**

## ORDER

The Court **REINSTATES** the appeal.

On January 17, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On February 25, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 17, 2013 order requiring findings.

We **GRANT** the February 25, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE